UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

NIPPON CARBIDE INDUSTRIES CO., )
INC., )    Case No.:
  )
      Applicant, )
  )
v. )
  )
3M Company, )
  )
      Respondent.

**[PROPOSED] ORDER GRANTING NIPPON CARBIDE INDUSTRIES CO., INC.'S *EX PARTE* APPLICATION TO CONDUCT DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

The Court, having considered Applicant Nippon Carbide Industries Co. Inc.'s ("Nippon Carbide") *Ex Parte* Application to Conduct Discovery Pursuant to 28 U.S.C. section 1782 (the "1782 Application"), the declarations and exhibits in support thereof, and the records on file in this matter, and good cause appearing therefor, accordingly,

IT IS HEREBY ORDERED that the 1782 Application is GRANTED;

IT IS FURTHER ORDERED that Nippon Carbide is authorized to serve a subpoena on 3M Company in substantially the same form as Exhibit A to the 1782 Application.

IT IS SO ORDERED

Dated: _____, 2023      By: _____
                              UNITED STATES DISTRICT JUDGE