UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Nippon Carbide Industries Co., Inc.,<br><br>   Applicant,<br><br>v.<br><br>3M Company,<br><br>   Respondent. | Case No.: 23-mc-43 (LIB)<br><br>**ORDER GRANTING NIPPON CARBIDE INDUSTRIES CO., INC.'S *EX PARTE* APPLICATION TO CONDUCT DISCOVERY PURSUANT TO 28 U.S.C. § 1782** |

On April 25, 2023, the Nippon Carbide Industries Co. Inc. filed an *Ex Parte* Application to Conduct Discovery Pursuant to 28 U.S.C. section 1782 [Docket No. 1], as well as, Declarations in Support [Docket Nos. 2, 3]. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Movant's *Ex Parte* Application to Conduct Discovery Pursuant to 28 U.S.C. section 1782 [Docket No. 1] is **GRANTED**; and

2. Nippon Carbide is authorized to serve a subpoena, in the form of Exhibit A to the 1782 Application [Docket No. 1-1], on 3M Company.

Dated: May 10, 2023

                 s/Leo I. Brisbois
                 Hon. Leo I. Brisbois
                 U.S. MAGISTRATE JUDGE